UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
YENSY CONTRERAS,                                               :
:
Plaintiff,                            :
:   21-CV-9699 (VSB)
-against-                                        :
:   **ORDER**
NORTH AMERICAN BREWERIES, INC.,                                :
:
Defendant.                          :
:
-------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

Plaintiff filed this action on November 22, 2021.  (Doc. 1).  Plaintiff returned a summons indicating that Defendant was served on December 7, 2021.  (Doc. 6.)  The deadline for Defendant to respond to Plaintiff's complaint was December 28, 2021.  (*See id.*)  Defendant never responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 28, 2022.  If Plaintiff fails to do so or otherwise demonstrates that he does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 10, 2022
          New York, New York                    _____
                                                VERNON S. BRODERICK
                                                United States District Judge