```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
YENSY CONTRERAS,                                            :
                                                            :
                              Plaintiff,                    :
                                                            :          21-CV-9699 (VSB)
              -against-                                     :
                                                            :               ORDER
NORTH AMERICAN BREWERIES, INC.,                             :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

Plaintiff filed this action on November 22, 2021. (Doc. 1). Plaintiff returned a summons indicating that Defendant was served on December 7, 2021. (Doc. 6.) The deadline for Defendant to respond to Plaintiff's complaint was December 28, 2021. (*See id.*) Defendant never responded to the complaint. Accordingly, on January 10, 2022, I ordered Plaintiff to seek default judgment "by no later than January 28, 2022," and I warned that "[i]f Plaintiff fails to do so or otherwise demonstrates that he does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)." (Doc. 6.) That deadline has passed, and Plaintiff has not sought default judgment. Accordingly, it is hereby

ORDERED that this action is dismissed pursuant to Rule 41(b).

SO ORDERED.

Dated:   January 31, 2022
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge